UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GETTY IMAGES (US), INC., a New York corporation,<br><br>                 Plaintiff,<br><br>   v.<br><br>VIRTUAL CLINICS, d/b/a VIRTUAL CLINICS USA; VETERINARY WEBSITE DESIGNERS, d/b/a VET WEB DESIGNERS; RONALD CAMP; KENDRA RYAN, a/k/a KENDRA CAMP; JOHN DOE ONE, a/k/a ABE and ABRAHAM GOLDSTIEN; and JOHN DOE TWO, a/k/a HARRY GRANGER,<br><br>                 Defendants,<br><br>CANYON PARK VETERINARY HOSPITAL,<br><br>                 Garnishee. | No.<br><br>DECLARATION OF JEREMY E. ROLLER IN SUPPORT OF ISSUANCE OF WRIT OF GARNISHMENT |

I, Jeremy E. Roller, declare:

1. I am the attorney for the judgment creditor, Getty Images (US), Inc. ("Getty Images") in the above-entitled action and make this affidavit in support of issuance of a writ of garnishment in this action.

2. Getty Images has a judgment unsatisfied in this Court, entered on April 29, 2014.

DECLARATION OF JEREMY E. ROLLER
IN SUPPORT OF ISSUANCE OF WRIT OF
GARNISHMENT – Page 1

YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

3. The amount due under the judgment is $598,113.23 plus pre- and post-judgment interest in the amount of $185.72.

4. I have reason to believe and do believe that the garnishee, Canyon Park Veterinary Hospital, a customer of defendants/judgment debtors Ronald Camp and Kendra Ryan, a/k/a Kendra Camp, d/b/a Virtual Clinics and Veterinary Website Designers ("the Camps"), is indebted to the Camps in amounts exceeding those exempted from garnishment by any state or federal law.

5. The garnishee is believed not to be the Camps' employer.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 30, 2014.

        */s/ Jeremy Roller*
        Jeremy Roller

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system.

I also certify that I caused copies of the foregoing to be deposited with the United States Postal Service, with first class postage affixed, addressed to the following non-CM/ECF participants:

Ronald Camp
8616 Cavendish Drive
Kissimmee, FL 34747

Kendra Ryan, a/k/a Kendra Camp
8616 Cavendish Drive
Kissimmee, FL 34747

DATED this 30th day of July, 2014.

**YARMUTH WILSDON PLLC**

By  s/ *Jeremy E. Roller*
Scott T. Wilsdon, WSBA No. 20608
Jeremy E. Roller, WSBA No. 32021
818 Stewart Street, Suite 1400
Seattle, WA  98101
Phone: 206.516.3800
Fax: 206.516.3888
Email: wilsdon@yarmuth.com
          jroller@yarmuth.com

*Attorneys for Plaintiff Getty Images (US), Inc.*

DECLARATION OF JEREMY E. ROLLER
IN SUPPORT OF ISSUANCE OF WRIT OF
GARNISHMENT – Page 3


818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

750.03 og251503 7/30/14