UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GETTY IMAGES (US), INC., a New York corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>VIRTUAL CLINICS, d/b/a VIRTUAL CLINICS USA; VETERINARY WEBSITE DESIGNERS, d/b/a VET WEB DESIGNERS; RONALD CAMP; KENDRA RYAN, a/k/a KENDRA CAMP; JOHN DOE ONE, a/k/a ABE and ABRAHAM GOLDSTIEN; and JOHN DOE TWO, a/k/a HARRY GRANGER,<br><br>    Defendants,<br><br>CANYON PARK VETERINARY HOSPITAL,<br><br>    Garnishee. | No.<br><br>WRIT OF GARNISHMENT |

  Getty Images (US), Inc. ("Getty Images") has applied for a writ of garnishment against you, claiming that defendants Ronald Camp and Kendra Ryan, a/k/a Kendra Camp, d/b/a Virtual Clinics and Veterinary Website Designers ("the Camps") are indebted to Getty Images and that the amount to be held to satisfy that indebtedness is $598,724.95, consisting of:

| | | |
|---|---|---|
| 1 | Balance on Judgment or Amount of Claim | $598,113.23 |
| 2 | Pre-judgment Interest on Actual Damages | |
| 3 | (March 1, 2013 to January 31, 2014) | $23.69 |
| 4 | Post-judgment Interest on Balance of Judgment | |
| 5 | (April 29, 2014 to July 28, 2014) | $162.03 |
| 6 | Estimated Garnishment Costs: | |
| 7 | Filing Fee | $46.00 |
| 8 | Service and Affidavit Fees | $60.00 |
| 9 | Answer Fee or Fees | $20.00 |
| 10 | Garnishment Attorney Fee | $300.00 |

YOU ARE HEREBY COMMANDED, unless otherwise directed by the Court, by the attorney of record for plaintiff Getty Images, or by this writ, not to pay any debt, whether service payments subject to this garnishment or any other debt, owed to the Camps at the time this writ was served and not to deliver, sell, or transfer, or recognize any sale or transfer of, any personal property or effects of the Camps in your possession or control at the time when this writ was served. Any such payment, delivery, sale, or transfer is void to the extent necessary to satisfy Getty Images' claim and costs for this writ with interest.

YOU ARE FURTHER COMMANDED to answer this writ according to the instructions in this writ and in the answer forms and, within 20 days after the service of the writ upon you, to mail or deliver the original of such answer to the Court, one copy to the Camps, and one copy to Getty Images' attorney, at the addresses listed at the bottom of this writ. If you owe the Camps a debt payable in money in excess of the amount set forth in the first paragraph of this writ, hold only the amount set forth in the first paragraph and any processing fee if one is charged and release all additional funds or property to Getty Images.

1    IF YOU FAIL TO ANSWER THIS WRIT AS COMMANDED, A JUDGMENT
2 MAY BE ENTERED AGAINST YOU FOR THE FULL AMOUNT OF THE JUDGMENT
3 WITH ACCRUING INTEREST, ATTORNEY FEES, AND COSTS WHETHER OR NOT
4 YOU OWE ANYTHING TO THE CAMPS.  IF YOU PROPERY ANSWER THIS WRIT,
5 ANY JUDGMENT AGAINST YOU WILL NOT EXCEED THE AMOUNT OF ANY
6 NONEXEMPT DEBT OR THE VALUE OF ANY NONEXEMPT PROPERTY OR
7 EFFECTS IN YOUR POSSESSION OR CONTROL.
8    JUDGMENT MAY ALSO BE ENTERED AGAINST THE CAMPS FOR COSTS
9 AND FEES INCURRED BY GETTY IMAGES.

11   Witness, the Honorable _____, Judge of the above-entitled
12 Court, and the seal thereof, on _____.

15                Clerk of the Court
16                By: _____

17 Presented by:
18 **YARMUTH WILSDON PLLC**

20 By  s/ *Jeremy E. Roller*
Scott T. Wilsdon, WSBA No. 20608
21 Jeremy E. Roller, WSBA No. 32021
818 Stewart Street, Suite 1400
22 Seattle, WA  98101
Phone: 206.516.3800
23 Fax: 206.516.3888
Email: wilsdon@yarmuth.com
24     jroller@yarmuth.com

26 *Attorneys for Plaintiff Getty Images (US), Inc.*

WRIT OF GARNISHMENT – Page 3

<u>Defendants/Judgment Debtors Names and Address:</u>

Ronald Camp
8616 Cavendish Drive
Kissimmee, FL 34747

Kendra Ryan, a/k/a Kendra Camp
8616 Cavendish Drive
Kissimmee, FL 34747

WRIT OF GARNISHMENT – Page 4

YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system.

I also certify that I caused copies of the foregoing to be deposited with the United States Postal Service, with first class postage affixed, addressed to the following non-CM/ECF participants:

Ronald Camp
8616 Cavendish Drive
Kissimmee, FL 34747

Kendra Ryan, a/k/a Kendra Camp
8616 Cavendish Drive
Kissimmee, FL 34747

DATED this 30th day of July, 2014.

**YARMUTH WILSDON PLLC**

By  s/ *Jeremy E. Roller*
Scott T. Wilsdon, WSBA No. 20608
Jeremy E. Roller, WSBA No. 32021
818 Stewart Street, Suite 1400
Seattle, WA 98101
Phone: 206.516.3800
Fax: 206.516.3888
Email: wilsdon@yarmuth.com
          jroller@yarmuth.com

*Attorneys for Plaintiff Getty Images (US), Inc.*

